# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

APRIL MARKIEWICZ, WIFE OF/AND MARK
MARKIEWICZ

VERSUS

SUN CONSTRUCTION, LLC, PENN MILL
LAKES, LLC, AND COOPER ENGINEERING,
INC., A PROFESSIONAL ENGINEERING
CORPORATION

    CONSOLIDATED WITH

JANET SHEA, WIFE OF/AND ALPHONSE
SHEA

VERSUS

SUN CONSTRUCTION, LLC, SUNRISE
CONSTRUCTION AND DEVELOPMENT, LLC,
PENN MILL LAKES, LLC, AND COOPER
ENGINEERING, INC., A PROFESSIONAL
ENGINEERING CORPORATION

    CONSOLIDATED WITH

PATRICIA GRANT, WIFE OF/AND RICHARD
GRANT, ET AL., INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED

VERSUS

SUN CONSTRUCTION, L.L.C., PENN MILL
LAKES, L.L.C., SUNRISE CONSTRUCTION
AND DEVELOPMENT, L.L.C., AND COOPER
ENGINEERING, INC., A PROFESSIONAL
ENGINEERING CORPORATION, ET AL.

NO.   2019 CW 0878

**NOV 1 2 2019**

---

In Re:   Zurich American Insurance Company, as successor by merger to Maryland Casualty Company and Assurance Company of America, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2006-16084 c/w 2008-10737 c/w 2008-11536.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

    **WRIT DENIED.**

                  **VGW**
                  **JMG**
                  **WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT